IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

|  |  |
|---|---|
| JAMES "JIM" TOMASIK, J. DANIEL TOMASIK, ) <br> and LIBERTARIAN PARTY OF TENNESSEE, ) <br> ) <br> ....Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MARK GOINS, Coordinator of ) <br> Elections for the State of Tennessee; and ) <br> TRE HARGETT, Secretary of State ) <br> for the State of Tennessee, ) <br> ....Defendants. ) <br> ) | Case No. 3:13-01118 <br> Judge Nixon <br> Magistrate Judge Griffin |

# ATTACHMENT

## PLAINTIFFS' EXHIBIT "1" TO
## PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

# AFFIDAVIT OF JAMES "JIM" TOMASIK