IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JAMES "JIM" TOMASIK, J. DANIEL TOMASIK, )
and LIBERTARIAN PARTY OF TENNESSEE, )

....Plaintiffs,

v. ) Case No. 3:13-01118
) Judge Nixon
MARK GOINS, Coordinator of ) Magistrate Judge Griffin
Elections for the State of Tennessee; and
TRE HARGETT, Secretary of State
for the State of Tennessee,
....Defendants.

# ATTACHMENT

## PLAINTIFFS' EXHIBIT "1" TO
## PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

# AFFIDAVIT OF JAMES "JIM" TOMASIK