IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JAMES "JIM" TOMASIK; J. DANIEL )
TOMASIK; and LIBERTARIAN PARTY )
OF TENNESSEE ) No. 3-13-1118
 )
v. )
 )
MARK GOINS, Coordinator of Elections )
for the State of Tennessee; and TRE )
HARGETT, Secretary of State for the )
State of Tennessee )

O R D E R

By order entered October 22, 2013 (Docket Entry No. 13), this case was reassigned to the Honorable William J. Haynes, Jr., Chief Judge.

Inasmuch as Chief Judge Haynes normally conducts his own case management, the initial case management conference scheduled, by notice issued contemporaneously with the filing of the complaint, on November 25, 2013, is CANCELLED, to be rescheduled as appropriate by further order.

The Clerk is directed to forward the file in this case to Chief Judge Haynes. Pending is the plaintiffs' motion for preliminary injunction (Docket Entry Nos. 10-11).[1]

Unless otherwise directed by the Court, there will be no further proceedings before the Magistrate Judge in this case.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] The two motions appear to be identical.