# STATE OF TENNESSEE
## CANDIDATE NOMINATING PETITION
*Select Type of Petition* ⟶

[X] Primary Candidate
[ ] Independent Candidate
[ ] Municipal Candidate

We the undersigned registered voters in the city of ____N/A____ , in the county of
*(for municipal elections)*

__Shelby__ , State of Tennessee, hereby nominate __James L. Tomasik__  ᴿᴬ°²³²⁰²³⁻¹⁵
*(name)*

__229 Norseman Dr, Cordova, TN 38018__
*(address)*

as a candidate for the office of __TN House of Representative, Dist. 91__ to be voted on in
*(office)*  *(division, part or district number)*

the election, __Libertarian__ Primary, which will be held on the __8__ day of __October__ , __2013__.

We request that his/her name be printed on the official ballot.

This petition was issued by __Mrs' Wm__   __8/29/13__
*(signature of election official)*   *(date)*

---

**\*\* TO BE COMPLETED BY THE CANDIDATE \*\***

I hereby direct that my name appear on the official ballot as follows, and I declare, under penalty of perjury, that I have reviewed the qualifications for the office sought herein and hereby certify that I meet said qualifications and that the information provided over my signature is true and correct:

__James "Jim" Tomasik__
PRINT NAME

__229 Norseman Drive Cordova TN 38018__   __901-827-0120__
*(residential address of candidate)*   *(zip code)*   *(residential phone)*

__229 Norseman Drive Cordova TN 38018__   __901-827-0120__
*(business address of candidate)*   *(zip code)*   *(business phone)*

🖎 CANDIDATE'S SIGNATURE __[signature]__
*(Required Under TCA 2-5-102)*

T.C.A. 2-19-109 provides that a person who knowingly makes any false entry on an election document commits a class D felony.

---

**FOR JUDICIAL CANDIDATES ONLY:**
By my signature, I hereby certify that I am licensed to practice law in this state.

_____
*(signature of candidate)*        SUPREME COURT REGISTRATION NO.

---

## NOMINATING SIGNATURES
*(must be registered voters who are eligible to vote to fill this office)*

*(Cannot sign for another – no ditto\*\* marks)*      *(Address as listed on registration – No P.O. Boxes)*

| | | |
|---|---|---|
| 1. Sign here _____ | Street address _____ | |
| Print here _____ | City/state/zip _____ | County_____ |
| 2. Sign here _____ | Street address _____ | |
| Print here _____ | City/state/zip _____ | County_____ |
| 3. Sign here _____ | Street address _____ | |
| Print here _____ | City/state/zip _____ | County_____ |
| 4. Sign here _____ | Street address _____ | |
| Print here _____ | City/state/zip _____ | County_____ |
| 5. Sign here _____ | Street address _____ | |
| Print here _____ | City/state/zip _____ | County_____ |
| 6. Sign here _____ | Street address _____ | |
| Print here _____ | City/state/zip _____ | County_____ |
| 7. Sign here _____ | Street address _____ | |
| Print here _____ | City/state/zip _____ | County_____ |

🌐 SS - 3025 (Rev. 02/12) Department of State

RDA 451 (Rev.)

**Exhibit A**

ORIGINAL DOCUMENT
PHOTOCOPY CANNOT BE
ACCEPTED TCA 2-5-102

**STATE OF TENNESSEE NOMINATING PETITION**

**\*\*TO BE COMPLETED BY ELECTION OFFICIAL\*\***

Candidate's Name: James L. Tomasik

Office sought: IN House of Representative Dist. 91, Libatarian
(division, part or district number; party)

Election official's signature _Mia Wms_ Date _8/27/13_

## NOMINATING SIGNATURES
*(must be registered voters who are eligible to vote to fill this office)*

*(Cannot sign for another – no ditto \*\* marks)*     *(Address as listed on registration – No P.O. Boxes)*

8. Sign here _____    Street address _____
   Print here _____    City/state/zip _____ County _____

9. Sign here _____    Street address _____
   Print here _____    City/state/zip _____ County _____

10. Sign here _____    Street address _____
    Print here _____    City/state/zip _____ County _____

11. Sign here _____    Street address _____
    Print here _____    City/state/zip _____ County _____

12. Sign here _____    Street address _____
    Print here _____    City/state/zip _____ County _____

13. Sign here _____    Street address _____
    Print here _____    City/state/zip _____ County _____

14. Sign here _____    Street address _____
    Print here _____    City/state/zip _____ County _____

15. Sign here _____    Street address _____
    Print here _____    City/state/zip _____ County _____

16. Sign here _____    Street address _____
    Print here _____    City/state/zip _____ County _____

17. Sign here _____    Street address _____
    Print here _____    City/state/zip _____ County _____

18. Sign here _____    Street address _____
    Print here _____    City/state/zip _____ County _____

19. Sign here _____    Street address _____
    Print here _____    City/state/zip _____ County _____

20. Sign here _____    Street address _____
    Print here _____    City/state/zip _____ County _____

21. Sign here _____    Street address _____
    Print here _____    City/state/zip _____ County _____

22. Sign here _____    Street address _____
    Print here _____    City/state/zip _____ County _____

23. Sign here _____    Street address _____
    Print here _____    City/state/zip _____ County _____

24. Sign here _____    Street address _____
    Print here _____    City/state/zip _____ County _____

25. Sign here _____    Street address _____
    Print here _____    City/state/zip _____ County _____

26. Sign here _____    Street address _____
    Print here _____    City/state/zip _____ County _____

27. Sign here _____    Street address _____
    Print here _____    City/state/zip _____ County _____

SS-3025 (Rev. 02/12) Department of State

RDA 451 (Rev.)

ORIGINAL DOCUMENT

**PHOTOCOPY CANNOT BE**    **\*\*TO BE COMPLETED BY ELECTION OFFICIAL\*\***
**ACCEPTED**   TCA 2-5-102

Candidate's Name: James L. Tomasik

Office sought: TN House of Representative, Dist. 91, Libertarian
(division, part or district number; party)

Election official's signature: Brea Wms      Date 8/29/13

## NOMINATING SIGNATURES
*(must be registered voters who are eligible to vote to fill this office)*

*(Cannot sign for another – no ditto\*\* marks)*      *(Address as listed on registration – No P.O. Boxes)*

28. Sign here _____

Print here _____

Street address _____

City/state/zip _____ County_____

29. Sign here _____

Print here _____

Street address _____

City/state/zip _____ County_____

30. Sign here _____

Print here _____

Street address _____

City/state/zip _____ County_____

31. Sign here _____

Print here _____

Street address _____

City/state/zip _____ County_____

32. Sign here _____

Print here _____

Street address _____

City/state/zip _____ County_____

33. Sign here _____

Print here _____

Street address _____

City/state/zip _____ County_____

34. Sign here _____

Print here _____

Street address _____

City/state/zip _____ County_____

35. Sign here _____

Print here _____

Street address _____

City/state/zip _____ County_____

36. Sign here _____

Print here _____

Street address _____

City/state/zip _____ County_____

37. Sign here _____

Print here _____

Street address _____

City/state/zip _____ County_____

38. Sign here _____

Print here _____

Street address _____

City/state/zip _____ County_____

39. Sign here _____

Print here _____

Street address _____

City/state/zip _____ County_____

40. Sign here _____

Print here _____

Street address _____

City/state/zip _____ County_____

41. Sign here _____

Print here _____

Street address _____

City/state/zip _____ County_____

42. Sign here _____

Print here _____

Street address _____

City/state/zip _____ County_____

43. Sign here _____

Print here _____

Street address _____

City/state/zip _____ County_____

44. Sign here _____

Print here _____

Street address _____

City/state/zip _____ County_____

45. Sign here _____

Print here _____

Street address _____

City/state/zip _____ County_____

46. Sign here _____

Print here _____

Street address _____

City/state/zip _____ County_____

47. Sign here _____

Print here _____

Street address _____

City/state/zip _____ County_____

STATE OF TENNESSEE NOMINATING PETITION

ORIGINAL DOCUMENT
PHOTOCOPY CANNOT BE       **TO BE COMPLETED BY ELECTION OFFICIAL**
ACCEPTED    TCA 2-5-102

Candidate's Name: James L. Tomasik

Office sought: TN House of Representative, Dist. 91, Libertarian
(division, part or district number; party)

Election official's signature _Mia Wms_       Date _8/27/13_

## NOMINATING SIGNATURES
*(must be registered voters who are eligible to vote to fill this office)*

*(Cannot sign for another – no ditto** marks)*          *(Address as listed on registration – No P.O. Boxes)*

48. Sign here _____        Street address _____
    Print here _____        City/state/zip _____ County ____

49. Sign here _____        Street address _____
    Print here _____        City/state/zip _____ County ____

50. Sign here _____        Street address _____
    Print here _____        City/state/zip _____ County ____

51. Sign here _____        Street address _____
    Print here _____        City/state/zip _____ County ____

52. Sign here _____        Street address _____
    Print here _____        City/state/zip _____ County ____

53. Sign here _____        Street address _____
    Print here _____        City/state/zip _____ County ____

54. Sign here _____        Street address _____
    Print here _____        City/state/zip _____ County ____

55. Sign here _____        Street address _____
    Print here _____        City/state/zip _____ County ____

56. Sign here _____        Street address _____
    Print here _____        City/state/zip _____ County ____

57. Sign here _____        Street address _____
    Print here _____        City/state/zip _____ County ____

58. Sign here _____        Street address _____
    Print here _____        City/state/zip _____ County ____

59. Sign here _____        Street address _____
    Print here _____        City/state/zip _____ County ____

60. Sign here _____        Street address _____
    Print here _____        City/state/zip _____ County ____

61. Sign here _____        Street address _____
    Print here _____        City/state/zip _____ County ____

62. Sign here _____        Street address _____
    Print here _____        City/state/zip _____ County ____

63. Sign here _____        Street address _____
    Print here _____        City/state/zip _____ County ____

64. Sign here _____        Street address _____
    Print here _____        City/state/zip _____ County ____

65. Sign here _____        Street address _____
    Print here _____        City/state/zip _____ County ____

66. Sign here _____        Street address _____
    Print here _____        City/state/zip _____ County ____

67. Sign here _____        Street address _____
    Print here _____        City/state/zip _____ County ____

RDA 451 (Rev.)
ss-1026 (Rev. 02/12) Department of State

**STATE OF TENNESSEE NOMINATING PETITION**

**\*\*TO BE COMPLETED BY CANDIDATE\*\***
*Candidate's Failure to Sign May Disqualify Petition.*

✍ **CANDIDATE'S SIGNATURE** _____ Date _ADK 28/26?_

(Required under TCA 2-5-102)

**\*\*TO BE COMPLETED BY ELECTION OFFICIAL\*\***

Candidate's Name: _Jones S. Jomosik_____ Office sought: _St House of Rep Dist 91 Interim_
                                                    (division, part or district number; party)

Election official's signature _Steven L. Freeman_____ Date _8/28/2013_

**NOMINATING SIGNATURES**
*(must be registered voters who are eligible to vote to fill this office)*

*(Cannot sign for another – no ditto\*\* marks)*     *(Address as listed on registration – No P.O. Boxes)*

35. Sign here _____     Street address _____
    Print here _____     City/county/state/zip_____

36. Sign here _____     Street address _____
    Print here _____     City/county/state/zip_____

37. Sign here _____     Street address _____
    Print here _____     City/county/state/zip_____

38. Sign here _____     Street address _____
    Print here _____     City/county/state/zip_____

39. Sign here _____     Street address _____
    Print here _____     City/county/state/zip_____

40. Sign here _____     Street address _____
    Print here _____     City/county/state/zip_____

41. Sign here _____     Street address _____
    Print here _____     City/county/state/zip_____

42. Sign here _____     Street address _____
    Print here _____     City/county/state/zip_____

43. Sign here _____     Street address _____
    Print here _____     City/county/state/zip_____

44. Sign here _____     Street address _____
    Print here _____     City/county/state/zip_____

45. Sign here _____     Street address _____
    Print here _____     City/county/state/zip_____

46. Sign here _____     Street address _____
    Print here _____     City/county/state/zip_____

47. Sign here _____     Street address _____
    Print here _____     City/county/state/zip_____

48. Sign here _____     Street address _____
    Print here _____     City/county/state/zip_____

49. Sign here _____     Street address _____
    Print here _____     City/county/state/zip_____

50. Sign here _____     Street address _____
    Print here _____     City/county/state/zip_____

Case 3:13-cv-01118   Document 25-1   Filed 10/31/13   Page 5 of 10 PageID #: 97

**ORIGINAL DOCUMENT** ~~PHOTOCOPY CANNOT BE ACCE~~

AUG 2 8 2013

**\*\*TO BE COMPLETED BY CANDIDATE\*\***
*Candidate's Failure to Sign May Disqualify Petition.*

**CANDIDATE'S SIGNATURE** _James L. Tomasik_     Date _8/28/2013_
(Required under TCA 2-5-102)

**\*\*TO BE COMPLETED BY ELECTION OFFICIAL\*\***

Candidate's Name: _James L. Tomasik_     Office sought: _TN House of Representative, Dist 91_
(division, part or district number, party)
_Libertarian_

Election official's signature _Mrs Wm_     Date _8/27/13_

## NOMINATING SIGNATURES
*(must be registered voters who are eligible to vote to fill this office)*

*(Cannot sign for another – no ditto\*\* marks)*     *(Address as listed on registration – No P.O. Boxes)*

| # | | |
|---|---|---|
| 1. | Sign here _Quadwell Meyer_ / Print here _Judi Shelabarger_ | Street address _2103 Nelson_ / City/county/state/zip _Memphis, TN 38104_ SHELBY |
| 2. | Sign here _Star Reichling_ / Print here _Star Reichling_ | Street address _2091 Nelson Ave_ / City/county/state/zip _Memphis TN 38104_ SHELBY |
| 3. | Sign here _Rosemary Smith_ / Print here _Rosemary Smith_ | Street address _2087 Nelson 38104_ / City/county/state/zip _Memphis Shelby 38104_ |
| 4. | Sign here _____ / Print here _Michael Zalchisdr_ | Street address _2085 NELSON AVE_ / City/county/state/zip _Memphis TN 38104_ SHELBY |
| 5. | Sign here _Kathy Mize_ / Print here _Ka Mize_ | Street address _2073 Nelson 38104_ / City/county/state/zip _MEMPHIS TN 38104_ SHELBY |
| 6. | Sign here _____ / Print here _Lea Speed_ | Street address _2104 NELSON AVE_ / City/county/state/zip _MEMPHIS, TN 38104_ SHELBY |
| 7. | Sign here _Sharon Twilla_ / Print here _Sharon Twilla_ | Street address _2183 NELSON AVE_ / City/county/state/zip _MEMPHIS SHELBY TN 38104_ |
| 8. | Sign here _Sharon Wray_ / Print here _SHARON WRAY_ | Street address _2184 NELSON_ / City/county/state/zip _MFS TN 38104_ Shelby |
| 9. | Sign here _Virginia Phillips_ / Print here _Virginia Phillips_ | Street address _2264 Nelson_ / City/county/state/zip _MFS, TN 38104_ Shelby |
| 10. | Sign here _Randall McFerrin_ / Print here _Randall McFerrin_ | Street address _2260 Nelson_ / City/county/state/zip _Mphs. Shelby Tn. 38104_ |
| 11. | Sign here _Brian Smith_ / Print here _Brian Smith_ | Street address _2288 Nelson_ / City/county/state/zip _Mphs, TN 38104_ SHELBY |
| 12. | Sign here _Mozella Rainey_ / Print here _MOZELLA RAINEY_ | Street address _687 Landis Mphs TN 38104 Shelby_ / City/county/state/zip _Memphis TN 38104 SHELBY_ |
| 13. | Sign here _____ / Print here _Chadarick M Bakry_ | Street address _669 Landis St_ / City/county/state/zip _Memphis TN 38104 Shelby_ |
| 14. | Sign here _Shiloh Barrat_ / Print here _Shiloh Barrat_ | Street address _663 Landis St._ / City/county/state/zip _Memphis, TN 38104 Shelby_ |
| 15. | Sign here _Judy Bender_ / Print here _Judy Bender_ | Street address _659 Landis_ / City/county/state/zip _Memphis Shelby Tn 38104_ |
| 16. | Sign here _Teresa L Wallace_ / Print here _Teresa L Wallace_ | Street address _650 Landis_ / City/county/state/zip _Memphis Shelby 38104_ |
| 17. | Sign here _Z.H. Cun_ / Print here _ZACHARY H. CANNON_ | Street address _678 LANDIS_ / City/county/state/zip _MEMPHIS, SHELBY, TN 38104_ |


(13)

STATE OF TENNESSEE NOMINATING PETITION

ORIGINAL DOCUMENT     **TO BE COMPLETED BY CANDIDATE**
PHOTO...  CANNO Candidate's Failure to Sign May Disqualify Petition.
ACCEPTED  TCA 2-5-102
CANDIDATE'S SIGNATURE _____ Date 8/28/2013
                          (Required under TCA 2-5-102)

**TO BE COMPLETED BY ELECTION OFFICIAL**

                                                    AUG 2 8 2013
Candidate's Name: James L. Tomasik    Office sought: TN House of Representative, Dist. 91
                                          (division, part or district number, party)
                                                        Libertarian

Election official's signature _Mia Wan_          Date 8/27/13

## NOMINATING SIGNATURES
(must be registered voters who are eligible to vote to fill this office)

(Cannot sign for another – no ditto** marks)     (Address as listed on registration – No P.O. Boxes)

18. Sign here _JOHN W Wall_
    Print here _JOHN WALLACE_        Street address 650 LANDIS
                                     City/county/state/zip MEMPHIS TN 38104 SHELBY
19. Sign here _____
    Print here _ANDRIA USLO_         Street address 700 LANDIS ST
                                     City/county/state/zip Mem/Shelb, TN 38102
20. Sign here _____
    Print here _David Strickland_    Street address 2183 Elzey Ave
                                     City/county/state/zip Memphis, TN 38104 Shelby
21. Sign here _Kim Strickland_
    Print here _Kim Strickland_      Street address 2183 Elzey Ave
                                     City/county/state/zip Memphis, TN 38104 Shelby
22. Sign here _____
    Print here _SHARON L WROBEL_     Street address 2251 Evelyn Ave
                                     City/county/state/zip MEMPHIS, TN 38104
23. Sign here _Joan B Foley_
    Print here _Joan B Foley_        Street address 2253 Evelyn
                                     City/county/state/zip Memphis, Shelby, TN 3810
24. Sign here _____
    Print here _JAMES CAMPBELL_      Street address 2261 EVELYN
                                     City/county/state/zip MEMPHIS, TN. SHELBY 38104
25. Sign here _Selena C Campbell_
    Print here _Selena Campbell_     Street address 2261 Evelyn Ave.
                                     City/county/state/zip Memphis, TN 38104 SHELBY
26. Sign here _Joseph Carson_
    Print here _Joseph Carson_       Street address 2270 Evelyn Ave
                                     City/county/state/zip Memphis, TN 38104 SHELBY
27. Sign here _____         Street address _____
28. Sign here _____         Street address _____
    Print here _____        City/county/state/zip _____
29. Sign here _____         Street address _____
    Print here _____        City/county/state/zip _____
30. Sign here _____         Street address _____
    Print here _____        City/county/state/zip _____
31. Sign here _____         Street address _____
    Print here _____        City/county/state/zip _____
32. Sign here _____         Street address _____
    Print here _____        City/county/state/zip _____
33. Sign here _____         Street address _____
    Print here _____        City/county/state/zip _____
34. Sign here _____         Street address _____
    Print here _____        City/county/state/zip _____



# STATE OF TENNESSEE NOMINATING PETITION

**\*\*TO BE COMPLETED BY CANDIDATE\*\***

ORIGINAL DOCUMENT
PHOTOCOPY CANNOT BE
ACCEPTED TCA 2-5-102

Candidate's Failure to Sign May Disqualify Petition.

CANDIDATE'S SIGNATURE _[signature]_    Date _AUG 28, 2013_

(Required under TCA 2-5-102)

**\*\*TO BE COMPLETED BY ELECTION OFFICIAL\*\***

AUG 29 8:27

Candidate's Name: _James L. Tomasik_    Office sought: _In House of Rep 91/91 dist._

(division, part of district number; party)

Election official's signature _[signature]_    Date _8/28/2013_

## NOMINATING SIGNATURES
_(must be registered voters who are eligible to vote to fill this office)_

_(Cannot sign for another – no ditto\*\* marks)_    _(Address as listed on registration – No P.O. Boxes)_

1. Sign here _[signature]_
   Print here _Jessica Gang_
   Street address _1955 Young Ave_
   City/county/state/zip _Memphis TN 38104 SHELBY_

2. Sign here _[signature]_
   Print here _Andrew Wofford_
   Street address _1995 Young Ave_
   City/county/state/zip _Memphis, TN 38104 Shelby Co._

3. Sign here _[signature]_
   Print here _Alan Ensminger_
   Street address _2053 Young Ave_
   City/county/state/zip _Memphis TN 38104 Shelby Co._

4. Sign here _[signature]_
   Print here _Gary Munphis_
   Street address _2052 Young Shelby Co._
   City/county/state/zip _Memphis TN 38104 SHELBY_

5. Sign here _[signature]_
   Print here _James Meindl Avoper_
   Street address _2032 Young Ave Memphis TN 38104 Shelby Co._
   City/county/state/zip _Memphis TN 38104 SxRBY_

6. Sign here _[signature]_
   Print here _James Meindl_
   Street address _2022 Young Ave_
   City/county/state/zip _Memphis, Tn 38104 SHABY_

7. Sign here _[signature]_
   Print here _Rosanna Meindl_
   Street address _2022 Young Ave_
   City/county/state/zip _Memphis TN 38104 SHABY_

8. Sign here _[signature]_
   Print here _Leslie A Thompson_
   Street address _1989 Young Ave_
   City/county/state/zip _Memphis, TN 38104 SHELBY_

9. Sign here _[signature]_
   Print here _Beverly Kirner_
   Street address _1994 Young Ave_
   City/county/state/zip _Memphis TN 38104 SHelby_

10. Sign here _[signature]_
    Print here _Donna Bridger_
    Street address _1994 Young Ave._
    City/county/state/zip _Memphis TN 38104 SHelby_

11. Sign here _[signature]_
    Print here _[signature]_
    Street address _1970 Young_
    City/county/state/zip _[  ] TN 38104 SHELBY_

12. Sign here _[signature]_
    Print here _Trude WilliAM_
    Street address _1969 Young 38104 SHELBY_
    City/county/state/zip _Memphis TN 38104 SHELBY_

13. Sign here _[signature]_
    Print here _[signature] Nesler_
    Street address _1954 Young_
    City/county/state/zip _38104 Memphis Shelby TN_

14. Sign here _[signature]_
    Print here _CHAD Holland_
    Street address _1920 Young_
    City/county/state/zip _Memphis, TN 38104 SHelby_

15. Sign here _[signature]_
    Print here _Jennifer Hardesty_
    Street address _1931 Young Ave_
    City/county/state/zip _Memphis TN 38104 SHELBY_

16. Sign here _[signature]_
    Print here _Jaren Casey_
    Street address _1931 Oak View Ave._
    City/county/state/zip _Memphis TN 38104 SHELBY_

17. Sign here _[signature]_
    Print here _Jessica Blount_
    Street address _2160 Nelson Ave. Me_
    City/county/state/zip _Memphis TN 38104 Shelby_

⑤

**ORIGINAL DOCUMENT** **\*\*TO BE COMPLETED BY CANDIDATE\*\***
**PHOTOCOPY CANNOT BE** Candidate's Failure to Sign May Disqualify Petition.
**ACCEPTED** TCA 2-5-102

& CANDIDATE'S SIGNATURE _James L. Smith_ Date _Aug 28, 2013_
(Required under TCA 2-5-102)

**\*\*TO BE COMPLETED BY ELECTION OFFICIAL\*\***

Candidate's Name: _James L. Tomasik_ Office sought: _St House of Rep Dist 91 federation_
(division; part or district number; party)

Election official's signature _Linda P. Finan_ Date _8/28/2013_

## NOMINATING SIGNATURES
*(must be registered voters who are eligible to vote to fill this office)*

*(Cannot sign for another – no ditto\*\* marks)*     *(Address as listed on registration – No P.O. Boxes)*

18. Sign here _Neely A James_
    Print here _Neely A James_
    Street address _2160 Nelson Ave_
    City/county/state/zip _Memphis TN 38104_ _SHELBY_
19. Sign here _D.L.O._
    Print here _David A James_
    Street address _2160 Nelson Ave_
    City/county/state/zip _Memphis, TN 38104_ _SHELBY_
20. Sign here _Lauren H McMurry_
    Print here _Lauren H McMurry_
    Street address _2160 Nelson Ave_
    City/county/state/zip _Memphis, TN 38104_ _SHELBY_
21. Sign here _Brian Roy McMurry_
    Print here _Brian Roy McMurry_
    Street address _2160 Nelson Ave_
    City/county/state/zip _Memphis TN 28104_ _SHELBY_
22. Sign here _____
    Print here _____
    Street address _____
    City/county/state/zip _____
23. Sign here _____
    Print here _____
    Street address _____
    City/county/state/zip _____
24. Sign here _____
    Print here _____
    Street address _____
    City/county/state/zip _____
25. Sign here _____
    Print here _____
    Street address _____
    City/county/state/zip _____
26. Sign here _____
    Print here _____
    Street address _____
    City/county/state/zip _____
27. Sign here _____
    Street address _____
28. Sign here _____
    Print here _____
    Street address _____
    City/county/state/zip _____
29. Sign here _____
    Print here _____
    Street address _____
    City/county/state/zip _____
30. Sign here _____
    Print here _____
    Street address _____
    City/county/state/zip _____
31. Sign here _____
    Print here _____
    Street address _____
    City/county/state/zip _____
32. Sign here _____
    Print here _____
    Street address _____
    City/county/state/zip _____
33. Sign here _____
    Print here _____
    Street address _____
    City/county/state/zip _____
34. Sign here _____
    Print here _____
    Street address _____
    City/county/state/zip _____

SS - 3071 (Rev. 1/04) Department of State

RDA 451 (Rev.)

ORIGINAL DOCUMENT
PHOTOCOPY CANNOT BE
ACCEPTED   TCA 2-5-10²

ORIGINAL DOCUMENT
PHOTOCOPY CANNOT BE
ACCEPTED   TCA 2-9-108

## Tennessee Code Annotated § 2-9-108

"...When another election necessitating the use of a particular voting machine is to be held within a period of thirty (30) days after an election, that voting machine may be opened after five (5) days upon the agreement of all the candidates in the earlier election whose names appeared on the ballot on that machine. ..."

I have read and agree to the above and accept same.

On this the _____28_____ day of _August_____, 2013

_____
Candidate's Signature

This is to certify that to my knowledge I have not relative who will be serving as an election official in the election for which the attached nominating petition is being filed. Further, I will notify the election promptly if and when it is brought to my attention that a relative is to serve.

On this the _____28TH_____ day of _August_____, 2013

_____
Candidate's Signature