IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAMES "JIM" TOMASIK, J. DANIEL TOMASIK, and LIBERTARIAN PARTY OF TENNESSEE,<br><br>Plaintiffs,<br><br>v.<br><br>MARK GOINS, Coordinator of election for the State of Tennessee; TRE HARGETT, Secretary of State for the State of Tennessee; SHELBY COUNTY ELECTION COMMISSION through its Members, Robert D. Meyers, Chairman; Norma Lester, Secretary; Dee Nollner, Commissioner; Steve Stamson, Commissioner; and Anthony Tate, Commissioner,<br><br>Defendants. | No. 3:13-cv-01118<br>Chief Judge Haynes |

## ORDER

Before the Court is Plaintiffs' motion for preliminary injunction (Docket Entry No. 11). For the reasons set forth on the record in open court during the hearing held on Plaintiffs' motion, at which counsel for all parties were present, Plaintiffs' motion is **GRANTED**, and the Shelby County Election Commission is **ORDERED** to place Plaintiff James "Jim" Tomasik on the ballot as a Libertarian Party candidate in the November 21, 2013 special election for State House District 91.

It is so **ORDERED**.

ENTERED this the 5th day of November, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court