IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

|  |  |
|---|---|
| JAMES "JIM" TOMASIK, J. DANIEL TOMASIK, and LIBERTARIAN PARTY OF TENNESSEE, <br><br> ....Plaintiffs, <br><br> v. <br><br> MARK GOINS, Coordinator of Elections for the State of Tennessee; TRE HARGETT, Secretary of State for the State of Tennessee; SHELBY COUNTY ELECTION COMMISSION through its Members, Robert D. Meyers, Chairman; Norma Lester, Secretary; Dee Nollner, Commissioner; Steve Stamson, Commissioner, and Anthony Tate, Commissioner, ....Defendants. | Case No. 3:13-01118 <br> Judge Haynes |

*[Handwritten note: Granted. This motion is Granted & all other [illegible] 11-26-13]*

### PLAINTIFFS' MOTION TO ASCERTAIN STATUS OF CASE AND FOR ENTRY OF AGREED JUDGMENT

COME now the Plaintiffs herein, by and through their counsel of record, James C. Linger and W. Gary Blackburn, and move this Court, pursuant to LR 7.01(c), 58.01, and 77.03(a), and Fed. R. Civ. Proc. 65(a)(2), inquiring as to the status of the case at bar and to enter an agreed judgment as per the judgment attached hereto as Plaintiffs' Exhibit "1"and signed by Counsel for all Plaintiffs and Defendants herein.

In support of this motion, Counsel would state that after the hearing and decision on Plaintiffs' Motion for Preliminary Injunction on October 31, 2013, as entered by order of the Court on November 5, 2013, (Docket Entry No. 30), after inquiry by the Court about disposition of the case and the possible application of Fed. R. Civ. Proc. 65(a)(2), Counsel for Plaintiffs and Defendants noted that they would try to come to an agreement as to a final order to conclude the case. A proposed agreed final judgment has been circulated by Counsel for all parties herein and has been agreed to for presentation to the Court as per Plaintiffs' Exhibit "1" attached hereto and