IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JAMES "JIM" TOMASIK, J. DANIEL TOMASIK, )
and LIBERTARIAN PARTY OF TENNESSEE, )
)
....Plaintiffs, )
)
v. ) Case No. 3:13-01118
) Judge Haynes
MARK GOINS, Coordinator of )
Elections for the State of Tennessee; )
TRE HARGETT, Secretary of State )
for the State of Tennessee; SHELBY COUNTY )
ELECTION COMMISSION through its )
Members, Robert D. Meyers, Chairman; )
Norma Lester, Secretary; Dee Nollner, )
Commissioner; Steve Stamson, Commissioner, )
and Anthony Tate, Commissioner, ....Defendants. )
)

## JUDGMENT

This action came to hearing before the Court on Plaintiffs' Motion for Preliminary Injunction (Dkt. Entry No. 11) on October 31, 2013, with said Motion for Preliminary Injunction being granted for the reasons set forth on the record in open Court following the hearing, at which Counsel for all parties were present. Pursuant to Fed. R. Civ. Proc. 65(a)(2), the trial of the merits, by agreement of counsel for the parties, is consolidated with the aforesaid hearing on the Motion for Preliminary Injunction and Plaintiffs' Motion for Preliminary and Permanent Injunction is granted and T.C.A., Election Code, §§ 2-1-104(a)(14), 2-1-104(a)(24), 2-1-104(a)(31), 2-5-208(d)(1), 2-13-107(a)(2), 2-13-201(a), and 2-14-202, as applied to the Plaintiffs herein for the 2013 Tennessee Special General Election for State House District 91 on November 21, 2013, and the facts and circumstances relating thereto, are declared unconstitutional for the reasons set forth on the record in open Court during the hearing held on Plaintiffs' aforesaid Motion for Preliminary Injunction.

Plaintiffs may file any application for attorney fees, pursuant to 42 U.S.C. § 1988, and bill of costs pursuant to Local Court Rules within thirty days of the entry of judgment herein.

IT IS ORDERED AND ADJUDGED that judgment be entered in favor of the Plaintiffs and against the Defendants.

IT IS SO ORDERED.

ENTERED this the 26th day of November, 2013.

                    WILLIAM J. HAYNES, JR.
                    Chief Judge
                    United States District Court

APPROVED FOR ENTRY:

/s/ James C. Linger
JAMES C. LINGER (OBA #5441)
1710 South Boston Avenue
Tulsa, OK 74119-4810
(918) 585-2797 Telephone
bostonbarristers@tulsacoxmail.com

*Counsel for Plaintiffs*

/s/ John L. Ryder
JOHN L. RYDER (BPR No. 08258)
HARRIS SHELTON HANOVER WALSH, PLLC
2700 One Commerce Square
40 South Main Street
Memphis, TN 38103
(901) 525-1455
jryder@harrisshelton.com

*Counsel for Defendant
Shelby County Election Commission*

/s/ W. Gary Blackburn
W. GARY BLACKBURN (BPR No. 3484)
213 Fifth Avenue N., Suite 300
Nashville, TN 37219
(615) 254-7770 Telephone
gblackburn@wgaryblackburn.com

/s/ Janet M. Kleinfelter
JANET M. KLEINFELTER (BPR 13889)
DEPUTY ATTORNEY GENERAL
Public Interest Division
Office of the Attorney General
P.O. Box 20207
Nashville, TN 37202
(615) 741-7403 Telephone
janet.kleinfelter@ag.tn.gov

*Counsel for Defendants MARK GOINS,
Coordinator of Elections for the State of
Tennessee, and TRE HARGETT, Secretary
of State for the State of Tennessee*

2

Case 3:13-cv-01118  Document 31-2  Filed 11/22/13  Page 2 of 2 PageID #: 121
Case 3:13-cv-01118  Document 33  Filed 11/25/13  Page 2 of 2 PageID #: 124