## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

JAMES "JIM" TOMASIK, J. DANIEL )
TOMASIK and LIBERTARIAN PARTY )
OF TENNESSEE, )
                    )
     Plaintiffs, )                 Case No. 3:13-1118
                    )                 Chief Judge Haynes
v. )
                    )
MARK GOINS, Coordinator of )
Elections for the State of Tennessee; )
TRE HARGETT, Secretary of State for the )
State of Tennessee; SHELBY COUNTY )
ELECTION COMMISSION through its )
Members, Robert D. Meyers, Chairman; )
Norma Lester, Secretary; Dee Nollner )
Commissioner; Steve Stamson, )
Commissioner; and Anthony Tate, )
Commissioner, )
                    )
     Defendants. )

## ORDER

Before the Court is Plaintiffs' motion for an award of attorney's fees (Docket Entry No.

39) that is supported by affidavits and is unopposed. The Court awarded Plaintiff a judgment on

their claims that included injunctive relief. Citing 42 U.S.C. § 1988, Plaintiffs seek fees in the

following amounts:

| | | |
|---|---|---|
| 1. | James C. Linger attorney's fee | $21,760.00 |
| 2. | Non-taxable costs and expenses expended by attorney Linger | $866.00 |
| 3. | W. Gary Blackburn attorney's fee | $3,465.00 |
| | Total | $26,091.00 |

These calculations are based upon 59.4 hours at $300.00 per hour and 19.7 hours at $200.00 for James C. Linger, and 9.9 hours at $350.00 per hour for W. Gary Blackburn. James C. Linger also seeks expenses and cost in the amount of $866.00. As stated, Defendants do not oppose this motion.

Considering the factors in <u>Adcock-Ladd v. Secretary of Treasury</u>, 227 F.3d 343 at 349 (6th Cir. 2000) and <u>Johnson v. Georgia Highway Express, Inc.</u>, 488 F.2d 714 (5th Cir. 1974), Plaintiffs' motion is **GRANTED to AWARD** Plaintiff twenty-six thousand ninety-one dollars and zero cents ($26,091.00) in attorneys' fees and expenses pursuant to 42 U.S.C. § 1988.

It is so **ORDERED**.

**ENTERED** this the _21_ day of January, 2014.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court